

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00306-CV
### No. 10-18-00307-CV

### IN THE INTEREST OF A.K. AND A.J., CHILDREN
### IN THE INTEREST OF A.J., A CHILD

### From the 74th District Court
### McLennan County, Texas
### Trial Court Nos. 2017-618-3 & 2017-1187-3

## ORDER

By letter dated October 2, 2018, appellant was notified by the Clerk that these appeals were subject to dismissal because the notices of appeal appeared to be untimely filed by two days. Appellant was given 14 days to file a response showing grounds for continuing the appeals. On October 4, 2018, appellant responded and explained that the date to file the notices of appeal was mistakenly calculated by the date the trial court's orders were filed instead of the date the orders were signed.

A motion for extension of time is necessarily implied when an appellant acting in good faith files a notice of appeal beyond the time allowed by the Rules of Appellate Procedure but within the fifteen-day period in which the appellant would be entitled to

move to extend the filing deadline. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). We find appellant filed his notices of appeal in good faith. Moreover, we find appellant's explanation for the late filing of the notices of appeal to be reasonable. *Id.*; TEX. R. APP. P. 10.5(b)(2)(A). Therefore, because the notices of appeal were filed within the fifteen-day period in which appellant would be entitled to move to extend the filing deadline, we imply a motion for extension of time to file a notice of appeal in each case. *Id. See also* TEX. R. APP. P. 26.3.

Accordingly, appellant's implied motions for extension of time are granted. The time for filing appellant's notices of appeal is extended to September 30, 2018, and, therefore, appellant's notices of appeal are timely filed.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted
Order issued and filed October 17, 2018

